Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

_____ Division

| | |
|---|---|
| Douglas Adacia H | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) |
| _please write "see attached" in the space and attach an additional_ | ) |
| _page with the full list of names.)_ | ) |
| -v- | ) |
| | ) |
| | ) |
| MIA-DADE COUNTY | ) |
| | ) |
| _Defendant(s)_ | ) |
| _(Write the full name of each defendant who is being sued. If the_ | ) |
| _names of all the defendants cannot fit in the space above, please_ | ) |
| _write "see attached" in the space and attach an additional page_ | ) |
| _with the full list of names.)_ | ) |

Case No. _____

(to be filled in by the Clerk's Office)

Jury Trial: (check one) [✓] Yes [ ] No

FILED BY _____ D.C.

JUN 0 4 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Douglas Adacia H |
| Street Address | 1603 NW Pave |
| City and County | Miami, Dade |
| State and Zip Code | Florida 33136 |
| Telephone Number | (216) 505-3068 |
| E-mail Address | cream1876060@gmail.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                                    Mia-Dade County

Job or Title *(if known)*

Street Address

City and County                         Miami    Dade

State and Zip Code                      florida

Telephone Number

E-mail Address *(if known)*


Defendant No. 2

Name                                    Coleman Margie

Job or Title *(if known)*               Bus Driver

Street Address                          601 NW 186st

City and County                         Miami     Dade

State and Zip Code                      Florida    33169

Telephone Number

E-mail Address *(if known)*


Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*


Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

II.     **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question                    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.     **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *1983  I was false Arrested Assaulted battered and my property destroyed by the miami Dade Bus driver*

B.     **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* Mia-Dade County , is incorporated under

        the laws of the State of *(name)* FloRida , and has its

        principal place of business in the State of *(name)* florida .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

I was repeatedly attack and harrase by dade County employes for years they have a conspiracy amongst themselves to help each other fight an assault me. on the public bus this driver executed a orchestrated hit the was plotted by other Dade county employes. she assaulted me, tried to Rob me

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

(1) I was a passenger on the #22 city bus. As I attempted to get off bus the driver slamed door in my face- she refuse to let me off. she drove pass my stop holdin me as a hostage. she then tried to rob me by snatchin a hold of my Phone tryin to rip it out my hands while yelling profanity slurs towards me. she hit me with her fist numerous times she then had me arrested on false allegations of assaulting her. (2) next the people over the security cameras altered the video photage Deleting most of the incident to try an cover up the bus drivers crazy actions. They instituted a false arrest and Maliciouse prosecution on me by there corupt actions.

## IV.    Relief Also the police onlawfully detain an arrested me without P.C.

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I want the defendants to pay all court cost and Attorney fees. I am continusly being attack by county employes up untile todays date this abuse has been ongoin for over Ten yrs. There in a conspiracy with other state, city and private Companys an Corparations. Bein incarcerated on those false accusation Cost me millions on lost earnings and my business suffered millions.

Punitive Damages due to the fact this was a goverment conspiracy to cause me seriouse harm. And prevent me from 1) filin civil an criminal complaints against Gov, Employess an there Counter parts. And running my very lucrative business were I compet against and with corparations that hire city an County employes to work for them. Such as the city an County police is hired as security to protect them. The police then instruct other county

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*an gov employee to help them to sabotage my life. And this is just one out of dozens of attacks that is currently ongoing. I want them to pay all court and Attorneys fees.*

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      6-4-19

Signature of Plaintiff      *Adacia H Douglas*

Printed Name of Plaintiff      *Adacia H Douglas*

### B.     For Attorneys

Date of signing:      _____

Signature of Attorney      _____

Printed Name of Attorney      _____

Bar Number      _____

Name of Law Firm      _____

Street Address      _____

State and Zip Code      _____

Telephone Number      _____

E-mail Address      _____